**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1309

RICHARD KOWALEWITCH; DONALD EDWARDS,

Plaintiffs - Appellants,

v.

CITY OF VIRGINIA BEACH; VIRGINIA BEACH CITY COUNCIL; ROBERT DYER; ROSEMARY WILSON; N. D. HOLCOMB; MICHAEL BERLUCCHI; SABRINA WOOTEN; BARBARA HENLEY; ROBERT REMICK; AMELIA ROSS-HAMMOND; JENNIFER ROUSE; JOASHUA SCHULMAN; CHRIS TAYLOR, In their official capacity as members of Virginia Beach City Council; CHRISTINE LEWIS, In her official capacity as Voter Registrar; JEFFREY MARKS; DEAN ALBOWICH; DAVID BELOTE, In their official capacity as members of the Board of Elections; AMANDA BARNES, In her official capacity as City Clerk; PATRICK DUHANEY, In his official capacity as City Manager; MARK STILES, In his official capacity as City Attorney; REGINA TONEATTO, In her official capacity as Secretary and Clerk to the School Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, Senior District Judge. (2:23-cv-00369-RAJ-RJK)

Submitted: July 25, 2024                          Decided: July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Kowalewitch, Donald James Edwards, Appellants Pro Se.  Joseph Martin Kurt, Assistant City Attorney, Christopher Scott Boynton, Gerald Logan Harris, OFFICE OF THE CITY ATTORNEY FOR THE CITY OF VIRGINIA BEACH, Virginia Beach, Virginia; Melissa Yvonne York, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia; Heather Hays Lockerman, Cullen Dennis Seltzer, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Kowalewitch and Donald James Edwards appeal the district court's order dismissing their civil action and denying their motion to disqualify opposing counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Kowalewitch v. City of Virginia Beach*, No. 2:23-cv-00369-RAJ-RJK (E.D. Va. Mar. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*